UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRANDON GREENE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-402-MAC |
| | § | JURY TRIAL DEMANDED |
| CRITICAL, LLC, AND TAVION | § | |
| MENARD, | § | |
| *Defendants*. | § | |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES UNDER FEDERAL RULE OF CIVIL PROCEDURE 83(b) AND LOCAL RULE CV-83(c) & JCB-CV-41(b)**

COMES NOW, Counsel for Plaintiff, Brandon Greene, and hereby informs this Honorable Court that all matters in controversy in the above-styled and numbered cause of action have been settled.

The parties, jointly, hereby with the filing of this Notice and Motion request a stay of any and all unreached deadlines in the Scheduling Order for a period of thirty (30) days.

Respectfully submitted,

/s/Caitlin C. Nerren
Caitlin C. Nerren
State Bar No. 24123755
Morris & Dewett, LLC
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 – Telephone
(318) 221-4560 – Facsimile
cnerren@morrisdewett.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Ben House*
Ben House
State Bar No. 24092540
ben@houseperron.com
Joe House
State Bar No. 10042150
joe@houseperron.com
House Perron & House PLLC
633 E. Fernhurst Dr., Suite 1401
Katy, Texas 77450
Telephone: 281-762-1377
Facsimile: 866-342-7683

AND

*/s/ Jennifer House*
State Bar No. 16519200
Jennifer L. House, PLLC, of counsel to
House Perron & House, PLLC
633 E. Fernhurst Dr., Suite 1401
Katy, Texas 77450
Office: 281-762-1377
Direct: 832-867-5268
Fax: 866-342-7683

**ATTORNEYS FOR DEFENDANT CRITICAL, LLC**

CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2025, a copy of the foregoing instrument was served upon the following counsel of record via ECF service pursuant to the Federal Rules of Civil Procedure and Local Rules of Eastern District of Texas.

                                                  /s/ *Caitlin C. Nerren*
                                                  Caitlin C. Nerren