| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRANDON GREENE, §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:23-CV-402
　　　　　　　　　　　　　　§
CRITICAL, LLC, and TAVION MENARD, §
　　　　　　　　　　　　　　§
　　　　　Defendants. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within sixty days of the court's Order of Conditional Dismissal (#24), signed April 29, 2025, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 2nd day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE